**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**PERCY SMITH**                                                                 **PLAINTIFF**

**VERSUS**                                                  **CASE NO. 4:16CV-92-SA-JMV**

**CITIBANK, N.A.**                                                              **DEFENDANT**

**ORDER STAYING CERTAIN PROCEEDINGS**

This case comes before the court pursuant to L.U.CIV.R. 16(b)(3)(B). The rule provides that

> [f]iling a motion to compel arbitration . . . stays the attorney conference and disclosure requirements and all discovery not related to the [arbitration] issue pending the court's ruling on the motion, including any appeal.

Defendant Citibank, N.A. filed a motion to compel arbitration [15] on August 1, 2016. Accordingly, it is

**ORDERED:**

That the above noted proceedings and the case management conference are hereby **STAYED** pending a decision on the motion to compel arbitration. The parties shall notify the undersigned magistrate judge within ten (10) days of the court's ruling in the event the motion is denied.

**THIS**, the 1st day of August, 2016.

/s/ **Jane M. Virden**
**U. S. MAGISTRATE JUDGE**