IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

PERCY SMITH                                                                    PLAINTIFF

v.                                                              CASE NO. 4:16-CV-92-SA-JMV

CITIBANK, N.A.                                                                 DEFENDANT

## AGREED ORDER COMPELLING ARBITRATION

This matter is before the Court on the Defendant's Unopposed Motion to Compel Arbitration. This Court, having been advised that the parties have agreed that arbitration should be compelled, finds that this matter should be ordered to binding arbitration.

It is ordered that the dispute between these parties is submitted to binding arbitration, and this Court retains jurisdiction only to the extent necessary to enforce the result of arbitration.

SO ORDERED AND ADJUDGED, this the 19th day of August, 2016.

                                              /s/ Sharion Aycock
                                              U.S. DISTRICT JUDGE

SUBMITTED BY:

| s/Shaughn Hill | s/Michael V. Bernier |
|---|---|
| Shaughn Hill | Michael V. Bernier |
| Attorney for Plaintiff | Attorney for Defendant |